The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER SELLING TECHNOLOGIES; PREMIER SELLING TECHNOLOGIES, INC.; PREMIER SELLING TECHNOLOGIES CORPORATION; BILLING SYSTEMS CORP.; MARK E. VALENTINE; CODY JERY ALLAN ALTIZER a/k/a CODY ALLAN; ROBERT ROMERO; and DOES 1-20, <br><br> Defendants. | No. 2:15-cv-463-RAJ <br><br> PERMANENT INJUNCTION |

Pursuant to the settlement of this matter, and the parties' agreement in connection therewith to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendants Premier Selling Technologies, Inc., Mark E. Valentine, and Cody Jery Allan Altizer a/k/a Cody Allan (collectively "Defendants"), their directors, principals, officers, agents, representatives, employees, successors and assigns, without admitting liability on Plaintiff's claims herein, are enjoined and restrained from:

1. Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property;

Permanent Injunction
(No. 2:15-cv-463-RAJ) – 1
DWT 28793746v1 0025936-002272

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

2. Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights;

3. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item not authorized or licensed by Microsoft;

4. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

5. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights;

6. Engaging in any conduct alleged in paragraphs 48-79 of the Complaint; and/or

7. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

DATED this 27th day of January, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

Permanent Injunction
(No. 2:15-cv-463-RAJ) – 2
DWT 28793746v1 0025936-002272

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Stipulated and Jointly Presented by:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation


By  s/ *Bonnie MacNaughton*            Date: January 25, 2016
    Bonnie MacNaughton, WSBA #36110
    Candice Tewell, WSBA # 41131
    James Harlan Corning, WSBA # 45177
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Telephone: (206) 757-8088
    Fax: (206) 757-7088
    E-mail: bonniemacnaughton@dwt.com
            candicetwell@dwt.com
            jamescorning@dwt.com


Keller Rohrback
Attorneys for Defendants Premier Selling Technologies, Inc. and Mark E. Valentine



By  s/ *Rob J. Crichton*            Date: January 25, 2016
    Rob J. Crichton, WSBA #20471
    David J. Ko, WSBA #38299
    Eric R. Laliberte, WSBA #44840
    Keller Rohrback
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3045
    Email: rcrichton@kellerrohrback.com
            dko@kellerrohrback.com
            elaliberte@kellerrohrback.com


Garvey Shubert Barer
Attorneys for Defendant Cody Jery Allan Altizer a/k/a Cody Allan



By  s/ *David Leiberworth*            Date: January 25, 2016
    David Leiberworth
    18th Floor
    1191 Second Avenue
    Seattle, WA 98101
    Telephone:  (206) 464-3939
    Email:  dlieberworth@gsblaw.com

Permanent Injunction
(No. 2:15-cv-463-RAJ) – 3
DWT 28793746v1 0025936-002272

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax