UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER SELLING TECHNOLOGIES; PREMIER SELLING TECHNOLOGIES, INC.; PREMIER SELLING TECHNOLOGIES CORPORATION; BILLING SYSTEMS CORP.; MARK E. VALENTINE; CODY JERY ALLAN ALTIZER a/k/a CODY ALLAN; ROBERT ROMERO; and DOES 1-20,<br><br>Defendants. | No. 2:15-cv-463-RAJ<br><br>ORDER & JUDGMENT |

## SUMMARY OF JUDGMENT

1. Judgment Creditor:  Microsoft Corporation

2. Judgment Debtors:  Mark E. Valentine

3. Attorneys for Judgment Creditor:  Bonnie MacNaughton
   James Harlan Corning
   Davis Wright Tremaine LLP
   Suite 2200
   1201 Third Avenue
   Seattle, WA 98101-3045

STIPULATED JUDGMENT
(No. 2:15-cv-463-RAJ) – 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 4. | Attorneys for Judgment Debtors: | Rob J. Crichton<br>David J. Ko<br>Eric R. Laliberte<br>Keller Rohrback<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3045<br>Telephone: (206) 623-2900 |
| 5 | Amount of Principal Judgment | US $150,000.00 |
| 6. | Amount of Prejudgment Interest | |
| | a. From July 15, 2016 through September 15, 2017 | US $10,500.00 |
| | b. After September 15, 2017 (at $24.66 per day) | US $641.16 |
| 7. | Awarded attorneys' fees, expenses and costs to date: | US $6,293.90 |
| 8. | **TOTAL JUDGMENT:** | **US $167,435.06** |
| 9. | Postjudgment interest on TOTAL JUDGMENT amount | To accrue pursuant to 28 U.S.C. § 1961 until judgment satisfied. |

## JUDGMENT & ORDER

THIS MATTER originally came before the Court on Plaintiff's Motion to Vacate Order of Dismissal and to Enter Stipulated Judgment. Pursuant to the settlement agreement entered into of this case, Defendant Mark E. Valentine agreed to the entry of this judgment upon a default in his settlement payments. The Court finds that Defendant Mark E. Valentine has defaulted in his settlement payments and, pursuant to the settlement agreement, the Court therefore makes a final determination of the rights of the parties in this action.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Microsoft's Motion to Vacate Order of Dismissal and to Enter Stipulated Judgment (Dkt. 19) is granted.

2. The Court's Order of Dismissal (Dkt. 18) is hereby vacated.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

3. Plaintiff Microsoft Corporation is granted judgment against Defendant Mark E. Valentine in the amount of **US $167,435.06**, This judgment shall bear interest at that the statutory rate specified in 28 U.S.C. § 1961 until such time as the judgment is satisfied.

4. The Court also finds and concludes that, under the terms of the parties' settlement agreement, Microsoft is further entitled to reimbursement for its attorneys' fees in collecting upon this judgment. Microsoft shall therefore be entitled to apply to this Court, or to any other Court of competent jurisdiction, for a supplemental judgment reflecting future attorneys' fees incurred in collecting upon this judgment. The Court retains continuing jurisdiction for purposes of entering such supplemental judgment.

DATED the 12th day of October, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED JUDGMENT
(No. 2:15-cv-463-RAJ) – 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax